365 P.2d 678

Floyd MYERS, Petitioner,

v.

FIRST JUDICIAL DISTRICT COURT OF NEW MEXICO, Respondent.

No. 6932.

Supreme Court of New Mexico.

Nov. 2, 1961.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the petition for writ of mandamus be and the same is hereby denied for the reason that the matters asserted in said petition do not warrant the issuance of a writ.